LAW OFFICES OF
# JARED M. LEFKOWITZ

48 Wall Street, 11th Floor
New York, NY 10005

**MEMO ENDORSED**

Tel (917) 887-3920
Fax (917) 591-8991

May 29, 2008

**BY FAX (212) 805-6326**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

*Do it*
*[signed] Colleen McMahon 5/30/08*

Re: Carolyn Eubank v. New York Institute of Technology
    Case No. 08 cv 3436

Dear Judge McMahon:

I represent the plaintiff in the above referenced matter. The plaintiff originally initiated this action *pro se*, but has since retained me to represent her. Accordingly, this letter is to respectfully request that the court direct the clerk to change this case to an ECF case.

Attached is a courtesy copy of my Notice of Appearance and Affirmation of Service of the summons and complaint, both of which will be filed by hand with the clerk pending the change to ECF.

Respectfully Submitted,

Jared Lefkowitz

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

Jared M. Lefkowitz, Esq. (JL 6920)
Law Offices of Jared M. Lefkowitz
48 Wall Street, 11th Floor
New York, NY 10005
Tel (917) 887-3920
Fax (917) 591-8991
JaredLefkowitz@yahoo.com
*Attorney for Plaintiff Carolyn Eubank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| CAROLYN EUBANK, | Case No. 08 cv 3436 |
| Plaintiff, | |
| - against - | |
| NEW YORK INSTITUTE OF TECHNOLOGY, | **NOTICE OF APPEARANCE** |
| Defendant. | |

-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the above captioned

Plaintiff, Carolyn Eubank. I certify that I am admitted to practice in this Court.

Dated:   New York, NY
         May 21, 2008

_____
Jared Lefkowitz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROLYN EUBANK,                                    Case No. 08 cv 3436

            Plaintiff,

    - against -                                   **AFFIRMATION**
                                                  **OF SERVICE**
NEW YORK INSTITUTE OF TECHNOLOGY,

            Defendant.
-----------------------------------------------------------------X

      **JARED LEFKOWITZ**, an attorney duly admitted to practice in the Courts of the State of New York and the Southern District of New York affirms as follows:

      On May 21, 2008 I personally served the Summons and Complaint upon the defendant New York Institute of Technology, at its address at 1855 Broadway, New York, NY 10023, at approximately 1:00 p.m., by delivering the summons and complaint to a male who said he was authorized to accept deliveries, in his mid 40's, short light brown hair, who was seated, and who refused to give his name.

Dated:    New York, NY
           May 22, 2008

                                          Jared Lefkowitz