Jared M. Lefkowitz, Esq. (JL 6920)
Law Offices of Jared M. Lefkowitz
48 Wall Street, 11th Floor
New York, NY 10005
Tel (917) 887-3920
Fax (917) 591-8991
JaredLefkowitz@yahoo.com
*Attorney for Plaintiff Carolyn Eubank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROLYN EUBANK,                                                                Case No. 08 cv 3436

       Plaintiff,

  - against -

                                                             **NOTICE OF**
NEW YORK INSTITUTE OF TECHNOLOGY,         **APPEARANCE**

       Defendant.
-----------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Enter my appearance as counsel in this case for the above captioned Plaintiff, Carolyn Eubank.  I certify that I am admitted to practice in this Court.

Dated:    New York, NY
            May 21, 2008

                                                 _____/S/_____
                                                       Jared Lefkowitz