UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAROLYN EUBANK,                             Case No. 08 cv 3436

      Plaintiff,

  - against -                                  **AFFIRMATION**
                                             **OF SERVICE**

NEW YORK INSTITUTE OF TECHNOLOGY,

      Defendant.
----------------------------------------------------------------X

      **JARED LEFKOWITZ**, an attorney duly admitted to practice in the Courts of the State of New York and the Southern District of New York affirms as follows:

      On May 21, 2008 I personally served the Summons and Complaint upon the defendant New York Institute of Technology, at its address at 1855 Broadway, New York, NY 10023, at approximately 1:00 p.m., by delivering the summons and complaint to a male who said he was authorized to accept deliveries, in his mid 40's, short light brown hair, who was seated, and who refused to give his name.

Dated:    New York, NY
             May 22, 2008

                                                  _____/S/_____
                                                        Jared Lefkowitz