Douglas P. Catalano
Neil G. Sparber
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant
New York Institute of Technology

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CAROLYN EUBANK,

       Plaintiff,

-against-

NEW YORK INSTITUTE OF TECHNOLOGY,

       Defendant.
-------------------------------------------------------------- x

08-CV-3436 (CM)

**RULE 7.1 STATEMENT**

      Defendant New York Institute of Technology, by its undersigned attorneys, hereby certifies, pursuant to Local Rule 7.1, that it has no parents, subsidiaries, or affiliates, the securities or other interests in which are publicly held.

Dated: July 9, 2008
      New York, New York

                                     Fulbright & Jaworski L.L.P.

                                     By: _/s/ Neil G. Sparber_
                                        Douglas P. Catalano
                                        Neil G. Sparber
                                        666 Fifth Avenue
                                        New York, New York 10103
                                        Telephone: (212) 318-3360
                                        dcatalano@fulbright.com
                                        nsparber@fulbright.com

                                        Attorneys for Defendant New York Institute of Technology