Douglas P. Catalano
Neil G. Sparber
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant
New York Institute of Technology

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- X
CAROLYN EUBANK,                                    :
                                                   :
         Plaintiff,                                :
                                                   :      08-CV-3436 (CM)
     -against-                                     :
                                                   :      **AFFIRMATION OF SERVICE**
NEW YORK INSTITUTE OF                              :
TECHNOLOGY,                                        :
                                                   :
         Defendant.                                :
-------------------------------------------------- X

      Samantha E. Beltre, an attorney admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that I served copies defendant's answer to the complaint and Rule 7.1. statement on counsel for plaintiff as set forth below:

> Jared M. Lefkowitz, Esq.
> Law Offices of Jared M. Lefkowitz
> 48 Wall Street, 11th Floor
> New York, NY 10005

by sending the same on July 9, 2008, via first class mail directed to said person at the address stated above.

Dated: New York, New York
       July 9, 2008

                                                                      */s/ Samantha Beltre*
                                                                    Samantha E. Beltre