UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CAROLYN EUBANK,                                    Case No. 08 cv 3436 (CM)(KNF)

          Plaintiff,

  - against -

                                              **AFFIRMATION**
NEW YORK INSTITUTE                                 **OF SERVICE**
OF TECHNOLOGY,

          Defendant.
-------------------------------------------------------X

      **JARED LEFKOWITZ**, an attorney duly admitted to practice in the Courts of the State of New York and the Southern District of New York affirms as follows:

      On July 31, 2008 I served the amended summons and amended complaint upon counsel for the above named defendant by email and by first class mail to the following address:

Douglas P. Catalano
Neil G. Sparber
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Dated:     New York, New York
               July 31, 2008

                                                      _____
                                                      Jared Lefkowitz, Esq. (JL 6920)