Douglas P. Catalano
Neil G. Sparber
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant
New York Institute of Technology

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CAROLYN EUBANK,                             :
                                            :
       Plaintiff,                  :
                                            :        08-CV-3436 (CM)
  -against-                                :
                                            :        **RULE 7.1 STATEMENT**
NEW YORK INSTITUTE OF                       :
TECHNOLOGY,                                 :
                                            :
       Defendant.                  :
                                            :
------------------------------------------------------------x

       Defendant New York Institute of Technology, by its undersigned attorneys, hereby certifies, pursuant to Local Rule 7.1, that it has no parents, subsidiaries, or affiliates, the securities or other interests in which are publicly held.

Dated: August 11, 2008
       New York, New York

                                                  Fulbright & Jaworski L.L.P.

                                                  By: _/s/ Neil Sparber_____
                                                      Douglas P. Catalano
                                                      Neil G. Sparber
                                                 666 Fifth Avenue
                                                 New York, New York 10103
                                                 Telephone: (212) 318-3360
                                                 dcatalano@fulbright.com
                                                 nsparber@fulbright.com

                                                 Attorneys for Defendant New York Institute of Technology