Douglas P. Catalano
Neil G. Sparber
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant
New York Institute of Technology

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CAROLYN EUBANK,

        Plaintiff,

    -against-                              O8-CV-3436 (CM)

NEW YORK INSTITUTE OF           **AFFIRMATION OF SERVICE**
TECHNOLOGY,

        Defendant.
---------------------------------------------------------------x

    Neil G. Sparber, an attorney admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that I caused to be served copies of defendant's answer to the amended complaint and Rule 7.1. statement on counsel for plaintiff as set forth below:

Jared M. Lefkowitz, Esq.
Law Offices of Jared M. Lefkowitz
48 Wall Street, 11th Floor
New York, NY 10005

by sending the same on August 11, 2008, via federal express mail directed to said person at the address stated above.

Dated: New York, New York
       August 11, 2008

                                                                       /s/ Neil Sparber
                                                                    Neil G. Sparber